IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEVEN JARRETT PALMER,

    Petitioner,

v.                                                                5:13cv368–WS/EMT

JULIE JONES,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed December 9, 2015. See Doc. 42. The magistrate judge recommends that the petitioner's amended petition for writ of habeas corpus be dismissed. The petitioner has filed objections (doc. 45) to the magistrate judge's report and recommendation.

Upon review of the record in light of the petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 42) is hereby ADOPTED and incorporated by reference into this order.

2. The respondent's motion to dismiss (doc. 25) is GRANTED.

3. The petitioner's amended petition for writ of habeas corpus (doc. 12) is DISMISSED as untimely.

4. The clerk shall enter judgment stating: "The petitioner's amended petition for writ of habeas corpus is DISMISSED."

5. The petitioner's "Request for an Enlargement of Time of Ninety (90) Days to Allow Retained Counsel to Pursue Petitioner's Amended Postconviction Motion in State Court" is DENIED.

6. A certificate of appealability is DENIED.

DONE AND ORDERED this ___12th___ day of ___January___, 2016.


        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE5.